**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**James Robert FAVINGER**
**Jr., Petitioner**

**No. 388 MAL 2017**

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.